FILED: July 31, 2014

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 13-2005 (L)
(A037-486-865)

_____

RICHARD JESUS AMOS

       Petitioner

v.

ERIC H. HOLDER, JR., Attorney General

       Respondent

_____

O R D E R
_____

The court grants an extension of the briefing schedule as follows:

Appendix due: 08/18/2014

Opening brief due: 08/18/2014

Response brief due: 09/04/2014

Any reply brief: 14 days from service of response brief.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk